UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARSHALL JOSEPH MORENO, | ) | CASE NO. ED CV 11-514-VBF (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| M.D. BITER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

   Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

   DATED:   2-22-12

_(signature: Valerie Baker Fairbank)_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE